**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6495**

ROBERT WILSON ADCOCK,

        Plaintiff - Appellant,

   v.

LAWRENCE WANG, M.D. Doctor at Green Rock Correctional Center,

        Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Norman K. Moon, Senior District Judge. (7:14-cv-00137-NKM-RSB)

Submitted: June 18, 2015         Decided: June 23, 2015

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Wilson Adcock, Appellant Pro Se. Rosalie Fessier, TIMBERLAKE, SMITH, THOMAS & MOSES, PC, Staunton, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Wilson Adcock appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Adcock v. Wang, No. 7:14-cv-00137-NKM-RSB (W.D. Va. Mar. 10, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED